IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO NEWSPAPER COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEARST CORPORATION, HEARST COMMUNICATIONS, INC., SAN FRANCISCO CHRONICLE LLC, FRANK VEGA, MARK ADKINS, JEFF BERGIN AND DOES 1-10, <br><br> Defendants. | No. C 13-3549 MMC <br><br> **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO ENLARGE TIME** |

Before the Court is plaintiff's Administrative Motion to Enlarge Time, by which plaintiff seeks to extend the deadline for the filing of opposition to defendants' motion to dismiss until a date after the Court's ruling on plaintiff's motion to remand. Defendants have filed opposition to the requested enlargement of time, noting plaintiff's refusal to agree to defendants' request to extend the deadline for defendants' response to the complaint until after resolution of the jurisdictional question.

Although defendants' argument has a certain equitable appeal, the Court finds the briefing sequence requested by plaintiff would serve both the interests of judicial economy and the parties' interest in avoiding a potentially unnecessary expenditure of time and resources.

Accordingly, plaintiff's administrative motion is hereby GRANTED, and the deadline

for filing opposition to defendants' motion to dismiss and the deadline for filing defendants' reply thereto will be set at the time the Court rules on the motion to remand.

**IT IS SO ORDERED.**

Dated: September 18, 2013

MAXINE M. CHESNEY
United States District Judge