IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO NEWSPAPER COMPANY LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>HEARST CORPORATION, et al.,<br><br>            Defendants. | No. C-13-3549 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT SINGLE-SIDED CHAMBERS COPIES OF REPLY AND DECLARATION** |

The Court is in receipt of chambers copies of Plaintiff's Reply in Support of Motion for Remand and Declaration of Gregory S. Gilchrist, each filed September 23, 2013. The chambers copies are printed in double-sided format.

Plaintiff is hereby DIRECTED to resubmit, in single-sided format, chambers copies of the above-referenced documents. See Civ. L.R. 3-4 (setting forth the requirements for "papers presented for filing"); Civ. L.R. 3-4(c)(2) (providing "text must appear on one side only").

**IT IS SO ORDERED.**

Dated: September 25, 2013

MAXINE M. CHESNEY
United States District Judge